## LIST OF DEFENDANT'S EXHIBITS

**JUDGE: YVETTE KANE**　　　　　　　　　　　　　　　　　　　　　　**NO.  1:04-CV-1682**

**MIDDLE DISTRICT PENNSYLVANIA**　　　　　　　　　　　　　　　　**DATE:  AUGUST 22, 2005**

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| | | 1. Office/Administrative Performance Evaluation Summary 10/30/00 | | | | |
| | | 2. Memo 10/2/00, to Griffiths from Dougherty, Employee Self-Assessment (ESA) | | | | |
| | | 3. Ciber Office/Administrative Performance Appraisal Summary 9/27/01 | | | | |
| | | 4. Ciber Employee Self-Assessment (ESA) 9/27/01 | | | | |
| | | 5. Ciber Office/Administrative Performance Appraisal Summary 9/27/02 | | | | |
| | | 6. Ciber Employee Self-Assessment (ESA) for C. Dougherty (not dated) | | | | |
| | | 7. Ciber Harrisburg Office Fiscal 2003 Strategic Business Plan | | | | |
| | | 8. Worksheet of Action Items March through May 2003 | | | | |
| | | 9. Worksheet of Action Items January through December 2003 | | | | |
| | | 10. Ciber Memo 1/10/03 to Dougherty from Griffiths; Subject: Transfer to Human Resources Manager for the Harrisburg Office | | | | |

EXHIBIT "A"

575728.1

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| | | 11. Ciber Employee Self-Assessment (ESA) not dated | | | | |
| | | 12. Ciber Office/Administrative Performance Appraisal Summary 10/3/03 | | | | |
| | | 13. September and October 2003 Calendar | | | | |
| | | 14. Harrisburg Strategic Planning 10/21/03 Agenda | | | | |
| | | 15. Three pages of handwritten notes starting with "Accomplishments – HR" (not dated) | | | | |
| | | 16. Harrisburg Branch Recruiting 2004 Strategic Business Plan | | | | |
| | | 17. Ciber Fiscal 2004 Harrisburg Strategic Business Planning | | | | |
| | | 18. Job Search Log (1st entry 10/24/03) | | | | |
| | | 19. 2004 – W-2's | | | | |
| | | 20. 2003 Federal Income Tax Return | | | | |
| | | 21. Time and Expense records for C. Dougherty | | | | |
| | | 22. Calendar – January through December 2003 | | | | |
| | | 23. Handwritten Notes w/caption "Groundrules" (not dated) | | | | |
| | | 24. Series of e-mails from G. Gish beginning 10/20/03 (w/attachments) | | | | |
| | | 25. Ciber Separation Form for C. Dougherty | | | | |

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| | | 26. Heistand memo to Griffiths dated 9/15/03 | | | | |
| | | 27. E-mail dated 8/18/03 Subject: Seeking input for Carol's review | | | | |
| | | 28. Handwritten Notes "Meeting w/CD" dated 9/16/03 | | | | |
| | | 29. Typewritten Document starting "Ann Griffith's Notes" | | | | |
| | | 30. Handwritten Document titled "Comments received from Phil Gring" and dated Sept. 2003 | | | | |
| | | 31. E-Mail 8/18/03, to Griffiths from Frock and E-Mail 8/18/03, to Frock from Griffiths; Subject: Seeking input for Carol's review | | | | |