## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL DOUGHERTY, | : | Case No. 1:04CV1682 |
| Plaintiff | : | |
| | : | Judge Kane |
| v. | : | |
| | : | |
| CIBER, INC., | : | |
| Defendant | : | FILED ELECTRONICALLY |

### DEFENDANT'S PROPOSED SPECIAL VERDICT QUESTIONS

1.      Did Plaintiff Carol Dougherty make a good faith, reasonable complaint to Defendant regarding the Fair Labor Standards Act?

Yes ❑               No ❑

If your answer to Question #1 is "No" stop. If your answer to Question #1 is "Yes" continue.

2.      Was Plaintiff's comment regarding the Fair Labor Standards Act the cause of Defendant's decision to terminate her employment?

Yes ❑               No ❑

If your answer to Question #2 is "No" stop. If your answer to Question #2 is "Yes" continue.

EXHIBIT "B"

575727.1

3.      Is Defendant's proffered reason for terminating Plaintiff's employment (her performance) a pretext for retaliation?

Yes ❑                    No ❑

If your answer to Question #3 is "No" stop. If your answer to Question #3 is "Yes" continue.

4.      Should Plaintiff be awarded actual damages?

Yes ❑                    No ❑

If your answer to Question #4 is "No" stop. If your answer to Question #4 is "Yes" continue.

5.      Actual damages to Plaintiff should equal $_____.