**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CAROL DOUGHERTY, | : | Case No. 1:04CV1682 |
| Plaintiff | : | |
| | : | Judge Kane |
| v. | : | |
| | : | |
| CIBER, INC., | : | |
| Defendant | : | FILED ELECTRONICALLY |

**LOCAL RULE 16.2 CERTIFICATE**

I certify that the persons with settlement authority have been notified of the requirements of and possible sanctions under Local Rule 16.2.

/s/ Robert J. Tribeck
Robert J. Tribeck
Attorney for Defendants

**EXHIBIT "C"**

575673.1