**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CAROL DOUGHERTY, | : | Case No. 1:04CV1682 |
| Plaintiff | : | |
| | : | Judge Kane |
| v. | : | |
| | : | |
| CIBER, INC., | : | |
| Defendant | : | FILED ELECTRONICALLY |

**LOCAL RULE 30.10 CERTIFICATE**

I certify that I have met with Counsel for Plaintiff and have reviewed depositions in an effort to eliminate irrelevances, side comments, resolved objections, and other matters not necessary for consideration by the trier of fact.

/s/ Robert J. Tribeck
Robert J. Tribeck
Attorney for Defendant

**EXHIBIT "D"**