# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL DOUGHERTY, | : CIVIL ACTION - LAW |
| Plaintiff | : JURY TRIAL DEMANDED |
| | : |
| v. | : NO. 1:04-cv-01682-YK |
| | : (Judge Kane) |
| CIBER, INC., | : (Electronically filed) |
| Defendant | : |

### PLAINTIFF'S REQUESTED JURY INSTRUCTION

Carol Dougherty, Plaintiff in the above captioned matter, requests that the Court include in the instructions to the jury the following instructions:

1

575674.1

PLAINTIFF'S JURY INSTRUCTION REQUEST No. 11

When a party has destroyed evidence relevant to the dispute being litigated, a "spoliation inference" arising to the effect that the destroyed evidence would have been unfavorable to the position of the offending party.  Schmid v. Milwaukee Electric Tool Co., 13 F.3d 76 (3rd Cir. 1994).


Respectfully submitted,


By:  s/Elliot A. Strokoff
          STROKOFF & COWDEN, P.C.
Date: August 19, 2005          Elliot A. Strokoff, Esq.
          I.D. No. 16677
          132 State Street
          PO Box 11903
          Harrisburg, PA  17108-1903
          (717) 233-5353
          Attorneys for Plaintiff
          Carol Dougherty

12