# EXHIBIT 7



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSLYVANIA

CAROL DOUGHERTY,                :
    PLAINTIFF          : CASE NO.: 1:04CV1682
                                : JUDGE KANE
    V                   :
                                :
CIBER, INC.,                    :
    DEFENDANT          :

DEPOSITION OF:   CAROL DOUGHERTY

TAKEN BY:        DEFENDANT

BEFORE:          DIANE F. FOLTZ, RMR
                 NOTARY PUBLIC

DATE:            FEBRUARY 3, 2005, 10:06 A.M.

PLACE:           RHOADS & SINON, LLP
                 ONE SOUTH MARKET SQUARE
                 HARRISBURG, PENNSYLVANIA

APPEARANCES:

   STROKOFF & COWDEN, P.C.
   BY: ELLIOT A. STROKOFF, ESQUIRE

      FOR - PLAINTIFF

   RHOADS & SINON, LLP
   BY: ROBERT J. TRIBECK, ESQUIRE

      FOR - DEFENDANT

ALSO PRESENT:

   ANN E. GRIFFITHS



2080 Linglestown Road • Suite 103 • Harrisburg, PA 17110
717 540 0220 • Fax 717 540 0221 • Lancaster 717.393.5101

Page 206

1  Q  Did she ask you if you were prepared?
2  A  She asked me why I did not present the document
3  to Terry in advance.
4  Q  And what was your response?
5  A  I don't recall what my response was, but I did
6  not have the ability to give Terry the document.
7  Q  Why didn't you e-mail it to her?
8  A  I didn't have an e-mail connection.
9  Q  Didn't you have the AOL account?
10  A  Yes, but we were in the process of moving, and I
11  was not in my home.
12  Q  On the 20th and 21st and 22nd you still weren't
13  in your home?
14  A  We were in our home. I did not have connectivity
15  to the best of my recollection.
16  Q  On any one of those three days could you have
17  come to the office?
18  A  No.
19  Q  Why not?
20  A  It was too inconvenient.
21  Q  What were you doing -- I know that the seminar
22  was two of those three days. What were you doing on the
23  third day?
24  A  Probably still moving.
25  Q  Had you been scheduled off for that day?

Page 207

1  A  Yes.
2  Q  Do you remember what day it was?
3  A  No. I thought I did until I looked at the
4  calendar.
5  Q  When it became clear that you were being
6  terminated, did you ask Ms. Griffiths if you could stay in
7  your current job or in your prior job?
8  A  No.
9  Q  Did you ask her if you could stay on until the
10  end of the year?
11  A  Yes, I did.
12  Q  Did you ever -- do you ever remember telling Ms.
13  Griffiths during that meeting that she had no idea what you
14  were going through?
15  A  I may have.
16  Q  What were you going through?
17  A  I was very busy with work, with the move, the
18  conference, planning for this, the golf outing, and
19  basically just very busy.
20  Q  Anything else that was causing you particular
21  angst during that period?
22  A  I knew that there was issues with the negative
23  feedback that Ann had told me there was, and that was
24  pressing on my mind, yes.
25  Q  During that meeting on the 24th at any time did

Page 208

1  Ms. Griffiths reference the comment you made about the
2  misclassification of employees?
3  A  No.
4  Q  Did you reference it?
5  A  I don't think so.
6  Q  Did you suggest to her that you thought that's
7  why she was firing you?
8  A  No.
9  Q  At the time is that what -- did you think that's
10  why she was firing you?
11  A  I did not at the time. I did not know.
12  Q  When did you start thinking that?
13  A  I don't recall. It was sometime afterward, when
14  I thought about everything that had transpired.
15  Q  What made you believe that that comment made her
16  fire you?
17  A  I thought it was -- when I reflected back on the
18  meeting and her reaction to it and the timing.
19  Q  What was the reaction?
20  A  It was just very surprised and told me that
21  corporate knew it, you know, just the way she reacted.
22  Q  She wasn't angry?
23  A  I don't know. She didn't appear angry.
24  Q  She didn't yell?
25  A  No.

Page 209

1  Q  And she suggested that you had to take that up
2  with Dave Plisko, correct?
3  A  With corporate she said.
4  Q  You understood it to be Dave Plisko?
5  A  Yes.
6  Q  After reflecting on that you determined that you
7  believed that that's why she fired you?
8  A  After reflecting on that situation, I contacted
9  the attorney and had a consultation with him.
10  Q  And I don't want you to talk at all about what
11  you talked to your attorney about, so if I ask a question
12  that's going to cause you to answer what you and
13  Mr. Strokoff or one of his colleagues talked about, I want
14  you not to answer it, okay?
15  A  Uh-hum.
16  Q  Why did you decide to consult an attorney?
17  A  Because I did not believe that I would deserve to
18  be fired.
19  Q  At the time you decided to consult an attorney,
20  did you believe that you were fired because of this
21  comment?
22  A  When I documented the timeline of things that had
23  occurred, I did think that that could be a possibility.
24  Q  Did Ms. Griffiths say anything on the 24th that
25  made you believe that?