September 2, 2005

The Honorable Yvette J. Kane
United States District Court
Middle District of Pennsylvania
Federal Building
Harrisburg, PA  17108

       **Re:  Carol Dougherty v. CIBER, Inc.**
            **Case No.  1:04CV1682**

Dear Judge Kane:

      Please be advised that within the last half hour an agreement in principle has been reached between the parties in the above-captioned matter.  The parties anticipate that documents should be finalized next week and that an appropriate formal withdrawal will be filed in short course.

      In view of the foregoing, the parties will not be filing any responsive briefs, trial memoranda, etc. that are coming due and we would request that the above matter be removed from your trial list.

      Thank you for your cooperation in this matter.

                           Very truly yours,

                           /s/ Elliot A. Strokoff

                           Elliot A. Strokoff

EAS/crd

cc:  Robert J. Tribeck, Esquire (electronically)